United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Herschel A. Haynie, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-5863 |
| | § | |
| ASI Lloyds, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 1, 2026, United States Magistrate Judge Dena H. Palermo issued a report recommending that this case be dismissed for failure to prosecute. Doc. 21 at 3–4. No party objected to the report. When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the Court adopts the report's findings and recommendations. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute. Any pending motions are denied as moot.

A final judgment will be entered separately.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 22nd of October, 2026.

Nicholas J. Ganjei
United States District Judge